UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAIN MORAWSKI,

                              Plaintiff,        **STIPULATION AND ORDER OF DISCONTINUANCE**

      -against-

KAREN WAMELING, et al.,                    16-CV-1384

                            Defendants.      LEK/TWD

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for Plaintiff Dain Morawski and Defendants Karen Wameling, Gerald Cahill, Mary Kelly, Tammy Hyde, Carl Koenigsmann, and Dawn Farrell, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is dismissed with prejudice and without costs.

Executed this 17th day of January, 2019      Executed on this 17 day of January 2020

LAW OFFICES OF ELMER                 LETITIA JAMES
ROBERT KEACH, III, PC                    Attorney General of the State of New York

By: _____         By: _____
Elmer Robert Keach, III, Esq.              Jorge A. Rodriguez
Attorney for Plaintiff                          Assistant Attorney General
One Pine West Plaza, Suite 109            Attorney for Defendants
Albany, NY 12205                            The Capitol
                                                      Albany, New York 12224

Executed on this 17th day of ~~December~~ January 2019

By: _____
Dain Morawski

SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

January 17, 2020

2